# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00064-MR-DLH-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHARLES ERIC FREEMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Information Pursuant to 21 U.S.C. § 851 [Doc. 352].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 352] is **GRANTED**, and the Information filed by the Government pursuant to 21 U.S.C. § 851 in the above-captioned case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: March 3, 2017

Martin Reidinger
United States District Judge